## Glover v. Samuel.

APPEAL from the Circuit Court of Marshall.
Tried before the Hon. J. A. BILBRO.

JOHN A. LUSK, for appellant.

O. D. STREET, for appellee.

This was an action for money had and received, brought by the appellee against the appellant. From a judgment in favor of the plaintiff defendant appeals. The judgment is reversed and the cause remanded.

Opinion by TYSON, J.